IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR–07-089** |
| | : | |
| **v.** | : | |
| | : | |
| **BILLY CAULTON** | : | |

## <u>O R D E R</u>

The background of this order is as follows:

A hearing on Defendant's motion to suppress evidence was scheduled for June 14, 2007. At the scheduled hearing, defense counsel verbally moved to withdraw the motion to suppress and Defendant verbally consented to the withdrawal of the motion. The request to withdraw the motion was a result of a proffer made by the assistant United States attorney regarding the evidence to be presented by the Government at the hearing on the motion to suppress. Defense counsel was satisfied that the stop and search implicated no violation of Defendant's constitutional rights.

**IT IS THEREFORE ORDERED THAT** Defendant's verbal motion to withdraw the motion to suppress evidence is **GRANTED** and the motion is withdrawn.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: June 14, 2007.